PROB 12C/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Bryant Height     **Docket Number:** 03-00404-001
    **PACTS Number:** 33092

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
                                    UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/16/05

**Original Offense:** CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (CRACK COCAINE); Title 21, U.S.C., Sections 841(a) & (b)(1)(A)

**Original Sentence:** 110 months imprisonment, five (5) years supervised release.

**07/16/08: Reduction of Sentence:** 89 months imprisonment, 5 years supervised release.

**Type of Supervision:** Supervised release     **Date Supervision Commenced:** 09/19/09

**Assistant U.S. Attorney:** Anthony Moscato, 970 Broad Street, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Frank Sciro, Esq., 68 Hamilton Street, Paterson, New Jersey 07505; 973-297-7712

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On September 15, 2011, Newark Police arrested Height and charged him with Possession of a Controlled Dangerous Substance (Heroin), Distribution of Heroin, and Distributing Heroin on a School Property. |
| 2. | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.' |
| | Height did not notify the probation officer of his September 15, 2011 arrest on or before September 19, 2011. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 10/27/11

**THE COURT ORDERS:**

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/1/2011
Date