**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Jose L. Linares |
| v. | : | |
| BRYANT HEIGHT | : | Criminal Number: 03-404 (JLL) |

## WRIT OF HABEAS CORPUS AND ORDER

THE UNITED STATES OF AMERICA, by and through Paul J. Fishman, United States Attorney for the District of New Jersey, and Assistant United States Attorney Anthony Moscato, having petitioned for the relief granted herein, it is hereby ORDERED:

TO: WARDEN/SUPERINTENDENT, NEW JERSEY DEPARTMENT OF CORRECTIONS, SOUTHERN STATE CORRECTIONAL FACILITY, 4295 ROUTE 47, DELMONT, NEW JERSEY 08314 OR ANY OTHER STATE OF NEW JERSEY PRISON OR JAIL FACILITY PRESENTLY IN CUSTODY OF BRYANT HEIGHT (SBI NUMBER: 000203878C).

YOU ARE HEREBY COMMANDED to release the body of BRYANT HEIGHT (SBI NUMBER: 000203878C), or by whatsoever name he shall be known, to any Deputy Marshal of the United States Marshals Service or duly constituted Federal Officer presenting this Writ, who be and is hereby commanded to take custody of the said prisoner and to keep him safely in custody in the execution and discharge of this writ for the business of the United States of America, namely, a Violation of Supervised Release hearing before the Honorable Jose L. Linares, United States District Judge, District of New Jersey, Martin Luther King, Jr. Building & Courthouse 50 Walnut Street,

Newark, New Jersey 07101, scheduled for **January 10, 2013, at 11:00 a.m.** and thereafter returning the said prisoner promptly to the custody of the New Jersey Department of Corrections, for further confinement as otherwise required by law.

JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

DATE: January 3rd, 2013
PLACE: Newark, New Jersey

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Jose L. Linares |
| v. | : | |
| BRYANT HEIGHT | : | Criminal Number: 03-404 (JLL) |

## PETITION FOR WRIT OF HABEAS CORPUS

THE UNITED STATES OF AMERICA, by and through Paul J. Fishman, United States Attorney for the District of New Jersey, and Assistant United States Attorney Anthony Moscato, Petitioner herein, says the following, to wit:

1. Bryant Height (SBI NUMBER: 000203878C)(hereinafter the "defendant") was convicted before the Honorable Jose L. Linares of knowingly and intentionally distributing and possessing, with intent to distribute, more than 50 grams of cocaine base, in violation of Title 21, United States Code, Sections 841(a) & (b)(1)(A), and Title 18, United States Code, Section 2. The Court sentenced the defendant on June 16, 2005 to a term of imprisonment of 110 months and a term of supervised release of five years, which supervised released included various conditions, including a condition that the defendant not violate any provision of federal, state, or local law while on supervised release. On July 18, 2008, the Court, under Title 18, United States Code, Section 3582(c)(2), reduced the defendant's sentence to a term of imprisonment of 89 months.

2. On October 27, 2011, the U.S. Probation Office for the District of New Jersey sought a warrant for the defendant's arrest, alleging that he violated his conditions of supervised

release by, among other ways, allegedly selling drugs in September 2011 in a school zone in Essex County, New Jersey. Based on this alleged violation of supervised release, the defendant is entitled to a hearing.

3. The defendant is currently in the custody of the New Jersey Department of Corrections. Accordingly, the United States Marshals Service will arrange for the defendant to be picked up from the Southern State Correctional Facility and delivered to the before the Honorable Jose L. Linares, United States District Judge, District of New Jersey, Martin Luther King, Jr. Building & Courthouse 50 Walnut Street, Newark, New Jersey 07101, for a violation of supervised release hearing scheduled for **January 10, 2013, at 11:00 a.m**. After the hearing, the United States Marshals Service will arrange for the defendant to promptly return to the custody of the New Jersey Department of for further confinement as otherwise required by law.

WHEREFORE, Petitioner requests this Court to issue the Writ submitted herewith.

    Respectfully submitted,

    PAUL J. FISHMAN
    United States Attorney

    /s

    By: Anthony Moscato
    Assistant U.S. Attorney

DATE: January 2, 2013
PLACE: Newark, New Jersey